UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>        vs.<br><br>CHAD OSO,<br><br>                 Defendant. | Case No. 24CR2134-BTM<br><br>ORDER DENYING JOINT MOTION<br>TO CONTINUE MOTION<br>HEARING/TRIAL SETTING AND<br>EXCLUDE TIME |

        The joint motion to continue the motion hearing/trial setting is DENIED

without prejudice.


DATED:  May 16, 2025

Hon. Barry T. Moskowitz
United States District Judge